Law Offices of Steven C. Hathaway  
3811 Consolidation Avenue  
Bellingham, WA 98227  
Phone: (360) 676-0529

Honorable Marc Barreca  
Chapter 7  
Location: Seattle  
Hearing Date: June 23, 2021  
Time: 10:00 AM

UNITED STATES BANKRUPTCY COURT  
FOR THE WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 Proceeding |
| | ) | |
| BARBARA WEED, | ) | Case No. 21-10431-MLB |
|       *Debtor*. | ) | |
| | ) | REPLY TO OBJECTION |
| | ) | TO DEBTOR'S MOTION TO |
| | ) | CONVERT TO CHAPTER 13 |
| _____ | ) | |

COMES NOW Debtor, Barbara Weed, by counsel in reply to the chapter 7 trustee's objection to conversion of this case to chapter 13.

1. The Debtor did not file her motion to convert in bad faith. She did not file this motion to 'run out the clock' on the statute of limitations on an avoidance action. The chapter 13 trustee commonly has debtors sign waivers of the limitations defense and Debtor would certainly do so in this case.

2. The Debtor fully disclosed to the trustee at the creditor meeting that she transferred 892 N. Lake Samish Dr, Bellingham, Washington to her son Cortney Kinman and his wife Megan. It doesn't make sense that she disclosed that but intentionally concealed other transfers of the same property.

3. There are valid and reasonable explanations for all the discrepancies in her bankruptcy schedules.

4. Debtor's new counsel sent a letter to chapter 7 trustee's after substituting in the case asking her to contact him if she had any questions. The only response received was an email

REPLY TO TRUSTEE'S OBJECTION  
TO MOTION TO CONVERT

LAW OFFICES OF STEVEN C. HATHAWAY  
3811 CONSOLIDATION AVENUE  
BELLINGHAM, WA 98229  
PHONE (360) 676-0529  
FAX (360) 676-0067

Case 21-10431-MLB    Doc 23    Filed 06/18/21    Ent. 06/18/21 16:17:29    Pg. 1 of 2

from Ms. Ellis stating she thought the motion was premature as only $8k in unsecured claims have been filed and she thought the Debtor did not have the income to fund a plan.

5. Converting this case to chapter 13 makes more sense. The Debtor can pay the claims which are currently $26,475.11. Counsel advised Ms. Ellis the Debtor would pay 100% of all filed and allowed claims, including any claim filed by the chapter 7 trustee's for fees and costs she has incurred in this case.

WHEREFORE the Debtor prays for an order converting this case from a case under Chapter 7 to a case under Chapter 13.

*Date*: 06/18/2021        */s/ Steven C. Hathaway*
                          Steven C. Hathaway, Attorney for Debtor

## DECLARATION OF MAILING

THE UNDERSIGNED CERTIFIES UNDER PENALTY OF PERJURY THAT ON 06/18/2021 THE UNDERSIGNED CAUSED TO BE DELIVERED EITHER BY FIRST CLASS MAIL, LEGAL MESSENGER OR ELECTRONICALLY A COPY OF THIS DECLARATION TO THE U.S. TRUSTEE, THE CHAPTER 7 TRUSTEE AND COUNSEL FOR THE CHAPTER 7 TRUSTEE.

*Dated:* 06/18/2021        /s/ *Simone M. Hathaway*
                          Simone M. Hathaway, Legal Assistant

REPLY TO TRUSTEE'S OBJECTION
TO MOTION TO CONVERT

LAW OFFICES OF STEVEN C. HATHAWAY
3811 CONSOLIDATION AVENUE
BELLINGHAM, WA 98229
PHONE (360) 676-0529
FAX (360) 676-0067

Case 21-10431-MLB    Doc 23    Filed 06/18/21    Ent. 06/18/21 16:17:29    Pg. 2 of 2